## No. 9095.

### Simon Z. Darrodes *et al.* vs. Bridget Murphy and Husband.

The purchaser at a tax sale, which is annulled, is entitled to recover the portion of the price of adjudication which went to the payment of taxes on the property.

---

## No. 9186.

### McLellan Dock Company vs. Union Sanitary Excavating Company.

This case presents only questions of fact.

---

## No. 9079.

### Succession of Joseph Leichliter.

36c 989
45 1280

A succession sale, though voidable, should not be set aside when most of the heirs have ratified it and the rest of the heirs have expressed their willingness to ratify it also. The purchaser should be allowed to retain the portion of the price going to the heirs who have not yet ratified the sale.

---

## No. 9240.

### The State *ex rel.* Cazalot vs. Judge First City Court, etc.

Certiorari and prohibition refused because complaint against defendant judge is only that his judgment is contrary to the law and evidence.

---

## OPELOUSAS—1884.

---

## No. 1218.

### Frank G. Ulrich vs. C. C. Duson, Sheriff, *et al.*

A judgment creditor, who resorts to a direct action to annul an outstanding title made by his debtor to a third person, cannot disregard such title during the pendency of his action and proceed by seizure and sale of the property. A judgment perpetuating an injunction until the determination of the direct action of nullity, will be maintained, although the judgment of nullity has been pronounced in the direct action.